UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     *Plaintiff*, | ) | |
| | ) | |
|     v. | ) | 2:10-cr-00015-JMS-CMM-1 |
| | ) | |
| ANNETTE TURNER, | ) | |
|     *Defendant*. | ) | |
| | ) | |

# ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig M. McKee's Report and Recommendation that Annette Turner's supervised release be modified, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

    a. Defendant will be imprisoned for a four month term in the custody of the Bureau of Prisons.

    b. Defendant's supervised release will be terminated upon completion of her term of imprisonment.

SO ORDERED.

10/01/2012

*/s/ Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Copies via ECF only.